# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO HERNANDEZ, | Case No. CV 09-6756 GHK(JC) |
| Plaintiff, | (PROPOSED) |
| v. | JUDGMENT |
| VENTURA COUNTY, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of defendant.

IT IS SO ADJUDGED.

DATED:   9/25/14

_____
HONORABLE GEORGE H. KING
CHIEF, UNITED STATES DISTRICT JUDGE